# Higbee & Associates

A NATIONAL LAW FIRM

April 5, 2023

**LETTER**
**FILED VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 705
New York, NY 10007

RE: *Barsch v. Previse, LLC et al.*
    **Case 1:22-cv-09913-PGG**

Dear Judge Gardephe,

   I represent Plaintiff Marie Barsch in the above captioned matter. I write to request an adjournment of the conference schedule for April 6, 2023. Neither Defendant Previse, LLC nor Defendant SelfMadeMe, Inc. have filed an answer or otherwise appeared in this action. As such, Plaintiff will likely begin default proceedings against Defendants.

Sincerely,

/s/ **Taryn R. Murray**
Taryn R. Murray, Esq.
*Attorney for Plaintiff*

**MEMO ENDORSED**

Any motion for a default judgment is to be filed by April 19, 2023 and must comply with this Court's Individual Rules + Practices in Civil Cases. This case will be dismissed for failure to prosecute if a motion for a default judgment is not filed by that date. The April 6, 2023 Conference is adjourned *sine die*.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: April 5, 2023