UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIE BÄRSCH,

                       **Plaintiff(s),**

           - against -

PREVISE, LLC; SELFMADEME,
INC.; and DOES 1 through 10 inclusive,

                       **Defendant(s),**

------------------------------------------------------------X

22 Civ. 9913 (PGG)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 11/21/2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) PREVISE, LLC and SELFMADEME, INC. by personally serving Kassandra Alves, Office Manager for Previse LLC and a Legal Representative at Corporation Service Company for SelfMade, Inc., and proof of service was therefore filed on 12/06/2022 - SelfMadeMe, Inc. / 12/07/2022 - Previse, LLC, Doc. #(s) #11 - SelfMadeMe, Inc. / #13 - Previse, LLC.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

               , 20___

                                                                     RUBY J. KRAJICK
                                                                   Clerk of Court

                                                           By: _____
                                                                 Deputy Clerk