UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIE BÄRSCH,<br><br>　　　　　　　　Plaintiff,<br><br>- against -<br><br>PREVISE, LLC; SELFMADEME,<br>INC.; and DOES 1 through 10 inclusive,<br><br>　　　　　　　　Defendants. | Case No. 1:22-cv-9913<br><br>**REQUEST FOR ENTRY OF<br>CERTIFICATE OF DEFAULT** |

　　　　Plaintiff MARIE BÄRSCH ("Plaintiff") hereby requests that the Clerk of the above titled Court enter default in this action against Defendants PREVISE, LLC and SELFMADEME, INC. ("Defendants"), on the grounds that Defendants have failed to appear or otherwise respond to the Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure.

　　　　Defendants were served with Summons and Complaint via service upon their registered agents pursuant to the Federal Rules of Civil Procedure. (ECF Docs 11 and 13).

　　　　The time allowed for the Defendants to respond to the Complaint has expired and neither the Plaintiff nor the Court has granted Defendants and extension of time to respond to the Complaint. Defendants has failed to answer or otherwise respond to the Compliant, or serve a copy of any Answer or response upon Plaintiff's attorney of record.

1

The above-stated facts are set forth in the attached Declaration of Taryn R. Murray filed herewith.

WHEREFORE, Plaintiff Marie Barsch requests that a default be entered by the Clerk against Defendants Previse, LLC and SelfMademe, Inc. and for such other and further relief as the Court deems just and proper.

Dated:     May 1, 2023                         Respectfully submitted,

**/s/ Taryn R. Murray**
Taryn R. Murray, Esq.
N.Y. Bar # 5888896
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8373
(714) 597-6729 facsimile
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, Taryn R. Murray, declare as follows:

1. That I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York. I am the attorney for the plaintiff in the above captioned action. I am over the age of 18 and not a party to the action.

2. On May 1, 2023, I caused to be served the foregoing REQUEST FOR ENTRY OF CERTIFICATE OF DEFAULT on all parties in this action by placing a true copy enclosed in a sealed envelope as follows:

Previse, LLC  
c/o Steven D. Eimert, Registered Agent  
101 Federal Street  
31st Floor  
Boston, MA 02110  

SelfMadeMe, Inc.  
c/o Corporation Service Company  
251 Little Falls Drive  
Wilmington, DE 19808  

Dated: May 1, 2023

Respectfully submitted,  
/s/ **Taryn R. Murray**  
Taryn R. Murray, Esq.  
Bar No. 5888896  
**HIGBEE & ASSOCIATES**