UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIE BÄRSCH,

                           **Plaintiff(s),**

              - against -

PREVISE, LLC; SELFMADEME,
INC.; and DOES 1 through 10 inclusive,

                         **Defendant(s),**

------------------------------------------------------------X

22 Civ. 9913 (PGG)

**CLERK'S CERTIFICATE
OF DEFAULT**

        **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on 11/21/2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) PREVISE, LLC and SELFMADEME, INC. by personally serving Kassandra Alves, Office Manager for Previse LLC and a Legal Representative at Corporation Service Company for SelfMade, Inc., and proof of service was therefore filed on 12/06/2022 - SelfMadeMe, Inc. / 12/07/2022 - Previse, LLC, Doc. #(s) #11 - SelfMadeMe, Inc. / #13 - Previse, LLC.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated:** New York, New York
          May 16, 20 23

                                         **RUBY J. KRAJICK**
                                         Clerk of Court

                                 **By:** *K. Mango*
                                           **Deputy Clerk**