UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE BARSCH,

                Plaintiff,

- against -

PREVISE, LLC; SELFMADEME, INC.; and DOES 1 THROUGH 10,

                Defendants.

**ORDER**

22 Civ. 9913 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      One May 18, 2023, this Court directed Defendants Previse, LLC and SelfMadeMe, Inc. to show cause today, why an order for default judgment should not be entered against them. (Dkt. No. 28) No party attended today's hearing.

      Accordingly, the hearing is adjourned to **June 14, 2023, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      Plaintiff will serve on Defendants by overnight mail a copy of this Order, together with the May 18, 2023 Order to Show Cause and Plaintiff's supporting affidavit and exhibits, on or before 5:00 P.M. on **June 9, 2023**.

Dated: New York, New York
       June 8, 2023

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge