UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE BARSCH,

                Plaintiff,

- against -

PREVISE, LLC; SELFMADEME, INC.; and DOES 1 THROUGH 10,

                Defendants.

**ORDER**

22 Civ. 9913 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS the Complaint was filed on November 21, 2022 (Dkt. No. 1);

        WHEREAS Plaintiff served Defendant SelfMadeMe, Inc. on November 28, 2022, and Plaintiff served Defendant Previse, LLC on December 5, 2022 (Dkt. Nos. 11, 13);

        WHEREAS neither Defendant has filed an answer, responded to the Complaint, or appeared in this action;

        WHEREAS Plaintiff moved by order to show cause for a default judgment on May 16, 2023 (Dkt. No. 27);

        WHEREAS this Court ordered Defendants to show cause on June 8, 2023, why a default judgment should not be entered against it (Dkt. No. 28);

        WHEREAS no party appeared for the June 8, 2023 hearing;

        WHEREAS this Court adjourned the hearing to June 14, 2023 (Dkt. No. 29);

        WHEREAS Defendants filed no opposition to Plaintiff's motion for a default judgment and did not appear at the June 14, 2023 hearing;

        IT IS HEREBY ORDERED that an order of default is entered against Defendants Previse, LLC and SelfMadeMe, Inc.;

IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Gorenstein for a report and recommendation regarding Plaintiff's request for damages, attorneys' fees, and costs.

The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
June 14, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge