UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE BÄRSCH,

                Plaintiff,

-against-

PREVISE, LLC; SELFMADEME, INC.; and DOES 1 through 10 inclusive,

                Defendants.

22-CV-9913 (JGLC)

**NOTICE OF REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Dated: August 3, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge