```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARIE BARSCH                                    :

                Plaintiff,                      :       ORDER

        -v.-                                    :
                                                        22 Civ. 9913 (JGLC) (GWG)
PREVISE, LLC et al.,                            :

                Defendants.                     :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

To the extent plaintiff seeks costs for service of process in the amount of $270.00, plaintiff shall supply documentary evidence of such expenditures on or before January 5, 2024. See Malibu Media, LLC v. Rios, 2021 WL 707274, at *4 (S.D.N.Y. Feb. 23, 2021) ("Courts in this district regularly decline to award costs where not supported by documentary evidence.").

SO ORDERED.

Dated: December 27, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge