**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARIE BARSCH,

                Plaintiff,                22 **CIVIL** 9913 (JGLC)(GWG)

    -against-                       **JUDGMENT**

PREVISE, LLC, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated February 21, 2024, despite the waiver, the Court has reviewed

the motion and the Report and Recommendation, unguided by objections, and finds the Report

and Recommendation to be well reasoned and grounded in fact and law. The Report and

Recommendation is ADOPTED in its entirety. For the foregoing reasons, judgment is entered

against Previse, LLC and SelfMadeMe, Inc. in the amount of $30,672.00; accordingly, the case

is closed.

**Dated:**  New York, New York

        February 21, 2024

                                   **RUBY J. KRAJICK**
                               _____
                                   **Clerk of Court**
             **BY:**          K. mango
                                   _____
                                   **Deputy Clerk**